# MEMORANDUM DECISIONS

ALBANY HOSPITAL v. ALBANY GUARD-IAN SOCIETY AND HOME FOR THE FRIENDLESS et al. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by the Albany Hospital against the Albany Guardian Society and Home for the Friendless and others. No opinion. In terlocutory judgment unanimously affirmed, without costs. See, also, 131 N. Y. Supp. 1017.

---

ALDRIDGE, Respondent, v. ÆTNA LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by Alfred E. Aldridge against the Ætna Life Insurance Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the verdict of the jury on the question of whether plaintiff had received medical attendance within two years before the date of the application to defendant for a policy is contrary to and against the weight of the evidence. See, also, 136 App. Div. 915, 120 N. Y. Supp. 1112.

KRUSE and ROBSON, JJ., dissent.

---

ALEXANDER, Appellant, v. WRIGHT & ALEXANDER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by David A. Alexander against the Wright & Alexander Company. No opinion. Judgment affirmed, with costs.

---

ALSENS AMERICAN PORTLAND CEMENT WORKS, Respondent, v. NEW JERSEY DOCK & BRIDGE BLDG. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by the Alsens American Portland Cement Works against the New Jersey Dock & Bridge Building Company. C. D. Van Name, of New York City, for appellant. A. A: Michell, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

ANDRIUSZIS, Respondent, v. PHILADELPHIA & READING COAL & IRON CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by John Andriuszis against the Philadelphia & Reading Coal & Iron Company. No opinion. Motion denied, without costs. See, also, 149 App. Div. 924, 133 N. Y. Supp. 1111.

---

ANGELL, Respondent, v. TOWN OF CHATHAM, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by Mabel H. Angell against the Town of Chatham.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG and HOUGHTON, JJ., dissent.

---

ARMOUR v. SOUND SHORE FRONT IMPROVEMENT CO. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by J. Ogden Armour against the Sound Shore Front Improvement Company. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 71 Misc. Rep. 253, 129 N. Y. Supp. 1112.

---

ARTHUR J. THOMPSON CO., Respondent, v. SENECA DRIED FRUIT CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by the Arthur J. Thompson Company against the Seneca Dried Fruit Company. No opinion. Judgment affirmed, with costs.

---

A. SCHWOERER & SONS, Inc., Respondent, v. ROSS, Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by A. Schwoerer & Sons, Incorporated, against Sylvester Ross, Jr. J. W. Carpenter, of Brooklyn, for appellant. P. Cohen, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

DOWLING, J., dissents.

---

BALDWIN'S BANK OF PENN YAN, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by Baldwin's Bank of Penn Yan against Albert L. Smith and another.

PER CURIAM. Judgment (136 N. Y. Supp. 349) affirmed, with costs.

FOOTE, J., dissents.

---

BANCHETTI, Respondent, v. LAKE SHORE & M. S. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 15, 1913.) Action by Giovanni Banchetti, as administrator, etc., of Mateo Mandica, deceased, against the Lake Shore & Michigan Southern Railway Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

LAMBERT, J., not sitting.